PHILLIP A. TALBERT
United States Attorney
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>ALEX ANGEL QUINTANA,<br><br>                    Defendant. | CASE NO.  1:23-CR-00190-JLT-SKO<br><br>STIPULATION AND ORDER TO VACATE STATUS CONFERENCE AND SET FOR CHANGE OF PLEA |

        IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney and

Robert L. Veneman-Hughes, Assistant U.S. Attorney and Nicholas Reyes, attorney for defendant Alex

Quintana, that the status conference set for April 17, 2024 at 1:00 pm be vacated and instead a change of plea

hearing be set for April 29, 2024 before District Judge Jennifer L. Thurston.

## STIPULATION

        Plaintiff United States of America, by and through its counsel of record, and defendant, by and

through defendant's counsel of record, hereby stipulate as follows:

        1.        By previous order, the matter was set for status conference on April 17, 2024 and time was

excluded under the Speedy Trial Act through April 17, 2024.

        2.        By this stipulation, defendant now moves to vacate the status conference and set the

matter for change of plea on April 29, 2024 before District Judge Jennifer L. Thurston. This proposed

change of plea date represents the earliest date that all counsel are available, taking into account attorney

schedules, court availability, and the commitments of defense counsel to other clients.

        3.

Stipulation                                         1

4.      The parties agree and stipulate, and request that the Court find the following:

a)      The government has represented that the discovery associated with this case includes investigative reports, and related documents, photographs, etc., in electronic form.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.  Defense would like additional time to review discovery, and investigate the foundation for a resolution by plea or trial further.

b)      The government does not object to the continuance.

c)      An ends-of-justice delay is particularly apt in this case because:

- Defendant needs additional time to review discovery, and conduct additional investigation; and

- The parties need additional time to investigate/explore matters related to proceeding via plea or trial.

d)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

e)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 17, 2024 to April 29, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A) and 18 U.S.C. § 3161(h)(7)(B)(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

5.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

1    Dated: April 11, 2024                              Respectfully submitted,

2                                                        PHILLIP A. TALBERT
                                                         United States Attorney
3

4                                                 By    /s/ Robert L. Veneman-Hughes
                                                        ROBERT L. VENEMAN-HUGHES
5                                                       Assistant United States Attorney

6    Dated: April 11, 2024                              /s/ Nicholas Reyes
7                                                        NICHOLAS F. REYES
                                                         Attorney for Alex QUINTANA
8

9                                    **ORDER**

10          IT IS SO ORDERED, that the status conference set for April 17, 2024, will be vacated and change of

11   plea will be set for April 29, 2024, before District Judge Jennifer L. Thurston. Time will be excluded through

12   and including April 29, 2024.

13

14

15                                                      *Sheila K. Oberto*
16   Dated: 4/11/2024                                   HONORABLE SHEILA K. OBERTO
                                                         United States Magistrate Court Judge
17

18

19

20

21

22

23

24

25

26

27

28

     Stipulation                              3