PHILLIP A. TALBERT
United States Attorney
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:23-CR-00190-JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO SET BRIEFING AND HEARING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS AND CONTINUE SENTENCING |
| v. | |
| ALEX QUINTANA | |
| Defendants. | |

On July 9, 2024, defendant filed a motion to dismiss, ECF No. 48. Sentencing is presently set for July 15, 2024.

After receipt of the motion, the government met and conferred with defendant's counsel about a hearing and briefing schedule. The parties jointly propose the following hearing and briefing schedule, and further request that the sentence be continued to the date of the hearing.

| | |
|---|---|
| **Opposition Due:** | July 22, 2024 |
| **Reply Due:** | July 24, 2024 |
| **Hearing and Sentencing:** | July 29, 2024 |

Stipulation and Order for Continuance and
Hearing and Briefing Schedule

1

Dated: July 9, 2024

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

By   /s/ Robert L. Veneman-Hughes
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney

Dated: July 9, 2024

By   /s/ Nicholas F. Reyes
NICHOLAS F. REYES
Counsel for ALEX QUINTANA

**ORDER**

IT IS SO ORDERED that the hearing and briefing schedule on Defendant's Motion to Dismiss as well as the sentencing hearing be set as follows for the reasons stated above:

**Opposition Due:**   July 22, 2024

**Reply Due:**   July 24, 2024

**Hearing and Sentencing:**   July 29, 2024

No exclusion of time is necessary, as the matter is post-plea and pending sentencing.

IT IS SO ORDERED.

Dated:   **July 9, 2024**

UNITED STATES DISTRICT JUDGE