| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA Bar #122664 |
| | Federal Defender |
| 2 | GRIFFIN ESTES, CA Bar #322095 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA  93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |

Attorneys for Defendant
ALEX QUINTANA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:23-cr-00190-JLT-SKO |
| Plaintiff, | **JOINT STATUS REPORT; STIPULATION AND ORDER** |
| vs. | Date:   January 22, 2025 |
| ALEX QUINTANA, | Time:   2:00 p.m. |
| Defendant, | Judge: Hon. McAuliffe |

This case is set for a status conference on January 22, 2025. Pursuant to the Court's January 16, 2026, Minute Order filed at Docket No. 69, the parties hereby submit this joint status report, and stipulate as follows.

1. This matter is currently set on January 22, 2025.
2. As the parties are continuing to conduct discovery and discuss case settlement, the parties jointly move to continue the status conference to February 19, 2025.

//

//

//

Dated: January 16, 2025

Respectfully submitted,
HEATHER E. WILLIAMS
Federal Defender

*/s/ Griffin Estes*
GRIFFIN ESTES
Assistant Federal Defender
Attorney for Defendant
ALEX QUINTANA

Dated: January 16, 2025

MICHELE BECKWITH
Acting United States Attorney

*/s/ Robert Veneman-Hughes*
ROBERY VENEMAN HUGHES
Assistant United States Attorney
Attorney for Plaintiff

**O R D E R**

GOOD CAUSE APPEARING, the status conference currently scheduled for January 22, 2025 is hereby continued to **February 19, 2025 at 2:00 p.m. before Magistrate Judge Stanley A. Boone**.

IT IS SO ORDERED.

Dated:   **January 16, 2025**            /s/ *Barbara A. McAuliffe*
                                 UNITED STATES MAGISTRATE JUDGE

Quintana / Joint Status Report

2