1  MICHELE BECKWITH
   Acting United States Attorney
2  ROBERT L. VENEMAN-HUGHES
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5  Attorneys for Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:23-CR-00190-JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE ON TSR VIOLATION |
| v. | |
| ALEX ANGEL QUINTANA | |
| Defendants. | |

IT IS HEREBY STIPULATED by the undersigned attorneys that the status conference set for February 19, 2025 at 2:00 pm on the duty calendar be continued to March 19, 2024 at 2:00 p.m.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. The parties have been working to obtain discovery in the underlying TSR violation, namely the actual recordings that form the basis of the violation. The government acquired these recordings from the Fresno County Sheriff's Office on February 13, 2025, and are in the process of producing them to defense. The government anticipates producing these recordings by February 18, 2025.

2. The parties believe it will take approximately four weeks to review the recordings and make a determination about whether this matter needs to be set for a contested hearing.

3. By this stipulation, defendant now moves to continue the status conference, and to exclude time from February 19, 2025 to March 19, 2025.

STIPULATION                                            1

4. No waiver of time is needed as this matter concerns a violation of supervised release.

Dated: February 17, 2025                               Respectfully submitted,

                                                       MICHELE BECKWITH
                                                       Acting United States Attorney

                                              By       /s/ Robert L. Veneman-Hughes
                                                       ROBERT L. VENEMAN-HUGHES
                                                       Assistant United States Attorney

Dated: February 17, 2025                               /s/ Griffin Estes
                                                       GRIFFIN ESTES
                                                       Attorney for Defendant Alex QUINTANA

**ORDER**

IT IS SO ORDERED, that the status conference is continued from February 19, 2025 to March 19, 2025 at 2:00 pm., for the reasons stated above. The defendant is ordered to appear.

IT IS SO ORDERED.

Dated:   **February 18, 2025**          _____
                                        STANLEY A. BOONE
                                        United States Magistrate Judge

STIPULATION                                2