MICHELE BECKWITH
Acting United States Attorney
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:23-CR-00190-JLT-SKO |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE ON TSR VIOLATION |
| v. | |
| ALEX ANGEL QUINTANA | |
| Defendants. | |

IT IS HEREBY STIPULATED by the undersigned attorneys that the status conference set for March 19, 2025 at 2:00 pm on the duty calendar be continued to April 23, 2024 at 2:00 p.m.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. The government obtained discovery in the underlying TSR violation, namely the actual recordings that form the basis of the violation in February. On February 18, 2025, the government emailed a copy of the recordings to defense, but due to a technical issue with e-mail systems the defense never received the recordings. The parties learned about this technical issue when meeting and conferring in advance of the March 19, 2025 hearing. The government is now working to transfer the recordings to defense using a file transfer service.

2. The parties believe it will take approximately four weeks to review the recordings and make a determination about whether this matter needs to be set for a contested hearing.

3. Additionally, the parties have been in negotiations about a joint recommendation should

STIPULATION                                                        1

the defendant admit the charges. Those negotiations are ongoing, but require some additional investigation by the parties.

    4.    By this stipulation, defendant now moves to continue the status conference, and to exclude time from March 19, 2025 to April 23, 2025.

    5.    No waiver of time is needed as this matter concerns a violation of supervised release.

Dated: March 17, 2025                      Respectfully submitted,

                                                        MICHELE BECKWITH
                                                        Acting United States Attorney

                                      By    /s/ Robert L. Veneman-Hughes
                                                        ROBERT L. VENEMAN-HUGHES
                                                        Assistant United States Attorney

Dated: March 17, 2025                      /s/ Griffin Estes
                                                        GRIFFIN ESTES
                                                         Attorney for Defendant Alex QUINTANA

## ORDER

Pursuant to the parties' stipulation, the status conference shall be continued from March 19, 2025 to **April 23, 2025 at 2:00 p.m. before** Magistrate **Judge Stanley A. Boone**.

IT IS SO ORDERED.

Dated:  **March 17, 2025**                        /s/ Erica P. Grosjean
                                                        UNITED STATES MAGISTRATE JUDGE