ERIC GRANT
United States Attorney
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:   (559) 497-4099
Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:23-CR-00190-JLT-SKO |
| Plaintiff, | MOTION TO DISMISS SECOND VIOLATION OF SUPERVISED RELEASE |
| v. | |
| ALEX ANGEL QUINTANA | |
| Defendants. | |

The Government moves to dismiss, without prejudice, the TSR petition filed on February 19, 2026. The Government has consulted with Probation and counsel for the defendant prior to the filing of this motion, and they do not oppose.

Dated: March 17, 2025

Respectfully submitted,

ERIC GRANT
United States Attorney

By    /s/ Robert L. Veneman-Hughes
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney

MOTION TO DISMISS

1

**ORDER**

IT IS SO ORDERED, that violation petition dated February 19, 2026 be DISMISSED without prejudice.

IT IS SO ORDERED.

Dated:    **March 3, 2026**

UNITED STATES DISTRICT JUDGE

MOTION TO DISMISS                                 2